■ JANET WILLIS, Appellant, v DEAN WILLIS, Respondent. [738 NYS2d 641] —Appeal from a judgment of Supreme Court, Oneida County (Grow, J.), entered August 8, 2001, dismissing the complaint seeking a divorce after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the findings of fact and conclusions of law at Supreme Court, Grow, J. Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.